UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                :
W.P.S.,             :
                :
        Petitioner,   :
     -v-         :   26-CV-1495
                :   **ORDER**
KENNETH GENALO, *in his official capacity as* :
*Field Office Director of New York, Immigration* :
*and Customs Enforcement*; RAUL MALDONADO :
JR., *in his official capacity as Warden of the* :
*Metropolitan Detention Center*; TODD LYONS, *in* :
*his official capacity as Acting Director U.S.* :
*Immigrations and Customs Enforcement*; KRISTI :
NOEM, *in her official capacity as Secretary of* :
*Homeland Security*; PAM BONDI, *in her official* :
*capacity as Attorney General*,    :
                :
        Respondents.  :
                :
------------------------------------------------------------------X

**NINA R. MORRISON**, United States District Judge:

This case has been assigned to the undersigned for all purposes.

*First,* **counsel for Respondents shall promptly enter an appearance on the Electronic Case Filing System** to ensure timely receipt and compliance with all filings and court orders as the case proceeds.

*Second,* it is hereby ordered that all parties appear for a conference in Courtroom 6E North on **Monday, March 23, 2026, at 3:00 P.M.** Respondents shall coordinate with Immigration and Customs Enforcement to **ensure that Petitioner is produced to the courthouse for the conference**, and shall inform the Court's deputy if any court orders are necessary in that regard.

1

*Third*, Respondents shall submit a letter by **Tuesday, March 17, 2026, at 10:00 A.M.** indicating whether the conference is necessary. In the letter, Respondents should address:

(1) Petitioner's A-number, current place of detention, and a contact person who can facilitate counsel's access to Petitioner;

(2) the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

(3) whether there is any basis to distinguish the asserted grounds for detention in this case from this Court's decision in *Hyppolite v. Noem*, No. 25-CV-4304 (NRM), 2025 WL 2829511 (E.D.N.Y. Oct. 6, 2025), or from any other prior decisions issued by the undersigned in this area of law. If there is no basis to distinguish this Petition from the Court's analysis in *Hyppolite* or another decision of this Court, the submission may take the form of a letter so stating, and indicating whether Respondents oppose issuance of the writ, subject to preservation of Respondents' arguments for appeal;

(4) a copy of any final order of removal for this Petitioner; and

(5) information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings concerning this Petitioner.

If Respondents take the position that the outcome of this Petition is materially distinguishable from a prior decision of this Court, Respondents are further ordered

to show cause in writing no later than **Thursday, March 19, 2026, at 9:00 A.M.** as to why the Petition should not be granted.  In their submission, Respondents shall affirm that they have provided the Court with all facts material to Petitioner's claims and Respondents' opposition to the Petition, and shall attach as exhibits all records related to those facts.  Petitioner may reply by **Saturday, March 21, 2026, at 3:00 P.M.**  The Court will then hear argument on the Petition, if necessary, at the conference on **Monday, March 23, 2026, at 3:00 P.M.**  in Courtroom 6E North.

**SO ORDERED.**

Dated:  March 16, 2026  
       Brooklyn, New York

     */s/ Nina R. Morrison*  
     Nina R. Morrison  
     United States District Judge